# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

NATIONAL BUILDERS
INSURANCE COMPANY f/k/a
VININGS INSURANCE
COMPANY, a foreign corporation,

       Plaintiff,

v.                                      Case No. 3:17-cv-985-TJC-JBT

ACCUBUILD DEVELOPMENT,
INC., a Florida corporation,
ACCUBUILD MANAGEMENT
COMPANY, LLC, a Florida limited
liability company, and ACCUBUILD
CONSTRUCTION CORP., a Florida
Corporation,

       Defendants.

## O R D E R

This case came before the Court on the parties' responses (Docs. 57, 58, 59) to the February 12, 2021 Order (Doc. 56) directing the parties to advise the Court on how they would like to proceed in resolving this case. The Court held a telephone hearing on April 5, 2021 to discuss the parties' responses favoring dismissal of this case, the record of which is incorporated by reference.

For the reasons stated on the record, this case is **DISMISSED** without prejudice. The Clerk shall terminate all pending motions and deadlines and close the case file.

2

**DONE AND ORDERED** in Jacksonville, Florida the 9th day of April, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

tn
Copies:

Counsel of record